# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHAD MICHAEL ALTLAND,** | : | CIVIL NO. 1:14-CV-1613 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **JOHN E. WETZEL**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 18th day of September, 2015, upon consideration of defendants' motions (Docs. 17, 26) to dismiss, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motions (Doc. 17, 26) to dismiss filed by defendants are GRANTED. The complaint is DISMISSED with prejudice.

2. The complaint against Defendants Joseph Kaczor and Dr. Dole is DISMISSED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m).

3. The Clerk of Court is directed to CLOSE this action.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania